| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Elliot Paul | Social Security number or ITIN    xxx–xx–1959 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Diana Paul | Social Security number or ITIN    xxx–xx–3793 |
| | First Name   Middle Name   Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–17040–JNP | | |

## Order of Discharge                                                                                            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elliot Paul                                                          Diana Paul
                                                                     aka Diana Murphy

7/28/17                                                    **By the court:**   Jerrold N. Poslusny Jr.
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-17040-JNP
Elliot Paul                                                              Chapter 7
Diana Paul
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2           Date Rcvd: Jul 28, 2017
                               Form ID: 318             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
```
db/jdb       +Elliot Paul,   Diana Paul,   1109 Winding Drive,   Cherry Hill, NJ 08003-2730
516753311    +Art's Landscaping,   PO Box 743,   Hammonton, NJ 08037-0743
516753312    +B Safe, Inc.,   109 Baltimore Ave.,   Wilmington, DE 19805-2554
516753314     BJ Kilpatrick, Inc.,   136 S. White Horse Pike,   Hammonton, NJ 08037
516753316    +CFI Resort Management Inc.,   2801 Old Winter Garden Rd.,   Ocoee, FL 34761-2965
516753319    +Chase Mortgage,   PO Box 183166,   Columbus, OH 43218-3166
516753320    +Citibank,   55 Beattie Place, Suite 110,   MS 576,   Greenville, SC 29601-5115
516753321    +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
               S Louis, MO 63179-0040
516753322    +Columbia Savings Bank,   19-01 Route 208 N,   Fair Lawn, NJ 07410-2824
516753323    +Comcast,   4008 N. Dupont Hwy.,   New Castle, DE 19720-6320
516753329    +Edith Altschuler,   209 Laurel Rd.,   Voorhees, NJ 08043-2390
516753330    +Emergency Physician Eye Associates,   Health Care Revenue Recovery (HRGG),   PO Box 8486,
               Pompano Beach, FL 33075-8486
516753331    +Equifax Information Services,   PO Box 740241,   Atlanta, GA 30374-0241
516753332    +Experian,   PO Box 4500,   Allen, TX 75013-1311
516753333    +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
516753334    +Great American Financial,   401 Hackensack Ave., 9th Floor,   Hackensack, NJ 07601-6402
516753335    +Horizon BCBS,   PO Box 10192,   Newark, NJ 07101-3120
516753337    +Kennedy Health System,   500 Marlboro Ave.,   Cherry Hill, NJ 08002-2020
516753340    +Leomat, Inc.,   1926 Greentree Road,   Suite 200,   Cherry Hill, NJ 08003-1124
516753341    +Moorestown Municipal Court,   1245 N. Church St.,   Moorestown, NJ 08057-1142
516753342    +Net Carrier Telecom, Inc.,   4000 N. Cannon Ave.,   Lansdale, PA 19446-1880
516753343    +New Jersey American Water,   Box 871331,   Pittsburgh, PA 15250-0001
516753345    +PSE & G,   PO Box 14444,   New Brunswick, NJ 08906-4444
516753346     PSE&G,   PO BOx 14444,   Woodbury, NJ 08096
516753344     Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-4406
516753347    +Public Storage,   612 Haddonfield Berlin Road,   Voorhees, NJ 08043-1417
516753348    +RA Pain Services,   PO Box 4640,   Rutherford, NJ 07070-0464
516753350    +Rancocas Anesthesiology,   PO Box 4640,   Rutherford, NJ 07070-0464
516753351    +State of New Jersey Division of Taxation,   Bankruptcy Section,   PO Box 245,
               Trenton, NJ 08695-0245
516753352    +Steven R. Neuner, Esq.,   Neuner & Ventura,   750 Route 73 South,   Marlton, NJ 08053-4141
516753359     TransUnion,   PO Box 2000,   Chester, PA 19022-2000
516753364    +Westgate Vacation VIllas Resort & Spa,   7700 Westgate Boulevard,   Kissimmee, FL 34747-4630
516753365    +Wilde Stanislau,   96 E. Washington St.,   No. A,   Riverside, NJ 08075-3826
516753366    +William J. Fiore, Esq.,   Meyner and Landis, LLP,   One Gateway Center,   Suite 2500,
               Newark, NJ 07102-5396
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QBTHOMAS.COM Jul 28 2017 23:13:00      Brian Thomas,   Brian Thomas, Esq,
               327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jul 28 2017 23:21:10      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 28 2017 23:21:06      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516753309    +EDI: AMEREXPR.COM Jul 28 2017 23:13:00      American Express,   PO Box 981535,
               El Paso, TX 79998-1535
516753310    +EDI: AMEREXPR.COM Jul 28 2017 23:13:00      Amex,   Correspondence,   Po Box 981540,
               El Paso, TX 79998-1540
516753313    +E-mail/Text: banko@berkscredit.com Jul 28 2017 23:20:47      Berks Credit & Collections,
               Po Box 329,   Temple, PA 19560-0329
516753315    +EDI: CAPITALONE.COM Jul 28 2017 23:13:00      Capital One,   PO Box 30285,
               Salt Lake City, UT 84130-0285
516753317    +EDI: CAUT.COM Jul 28 2017 23:13:00      Chase Auto Finance,   National Bankruptcy Dept,
               201 N Central Ave Ms Az1-1191,   Phoenix, AZ 85004-1071
516753318    +EDI: CHASE.COM Jul 28 2017 23:13:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
               Wilmington, DE 19850-5298
516753324    +EDI: WFNNB.COM Jul 28 2017 23:13:00      Comenity Bank,   PO Box 182125,
               Columbus, OH 43218-2125
516753325    +EDI: WFNNB.COM Jul 28 2017 23:13:00      Comenity Bank/Talbots,   Po Box 182125,
               Columbus, OH 43218-2125
516753326    +EDI: RCSFNBMARIN.COM Jul 28 2017 23:13:00      Credit One Bank Na,   Po Box 98873,
               Las Vegas, NV 89193-8873
516753327     EDI: DISCOVER.COM Jul 28 2017 23:13:00      Discover,   PO BOX 30943,   Salt Lake City, UT 84130
516753328    +EDI: DISCOVER.COM Jul 28 2017 23:13:00      Discover Financial,   Po Box 3025,
               New Albany, OH 43054-3025
516753336    +EDI: IRS.COM Jul 28 2017 23:13:00      Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
516753338    +EDI: CBSKOHLS.COM Jul 28 2017 23:13:00      KOHL'S,   P.O. Box 3084,   Milwaukee, WI 53201-3084
516780575     EDI: BL-BECKET.COM Jul 28 2017 23:13:00      Kohl's,   c/o Becket and Lee LLP,   PO Box 3001,
               Malvern PA 19355-0701
```

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Jul 28, 2017
                                Form ID: 318             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516753339       +EDI: CBSKOHLS.COM Jul 28 2017 23:13:00      Kohls/Capital One,   Kohls Credit,   Po Box 3043,
                 Milwaukee, WI 53201-3043
516881534       +E-mail/Text: bankruptcy@pseg.com Jul 28 2017 23:20:27      PSE&G,   PO Box 490,
                 Cranford, NJ 07016-0490
516753353       +EDI: RMSC.COM Jul 28 2017 23:13:00      Syncb/Lord & Taylor,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
516753354       +EDI: RMSC.COM Jul 28 2017 23:13:00      Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
516753355       +EDI: RMSC.COM Jul 28 2017 23:13:00      Synchrony Bank/Amazon,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
516753356       +EDI: RMSC.COM Jul 28 2017 23:13:00      Synchrony Bank/Lowes,   Attn: Bankruptcy,
                 Po Box 956060,   Orlando, FL 32896-0001
516753358       +EDI: TDBANKNORTH.COM Jul 28 2017 23:13:00      TD Bank,   PO Box 219,   Lewiston, ME 04243-0219
516753357       +EDI: WTRRNBANK.COM Jul 28 2017 23:13:00      Target,   C/O Financial & Retail Srvs,
                 Mailstopn BT POB 9475,   Minneapolis, MN 55440-9475
516753360       +EDI: WFFC.COM Jul 28 2017 23:13:00      Wells Fargo,   P.O. Box 10335,
                 Des Moines, IA 50306-0335
516753361       +EDI: WFFC.COM Jul 28 2017 23:13:00      Wells Fargo Card Services,   PO Box 348750,
                 Sacramento, CA 95834-8750
516753362       +EDI: WFFC.COM Jul 28 2017 23:13:00      Wells Fargo Financial Cards,   PO Box 14517,
                 Des Moines, IA 50306-3517
516753363       +EDI: WFFC.COM Jul 28 2017 23:13:00      Wells Fargo Visa,   PO BOx 348750,
                 Sacramento, CA 95834-8750
                                                                                              TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516753349      ##+Radiology Assoc of New Jersey PC,   PO Box 1343,   Indianapolis, IN 46206-1343
                                                                                             TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Brian   Thomas     brian@brianthomaslaw.com, bthomas@ecf.epiqsystems.com
              Brian C. Nicholas     on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Daniel L Reinganum     on behalf of Joint Debtor Diana   Paul dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Daniel L Reinganum     on behalf of Debtor Elliot   Paul dreinganum@MPADLaw.com,
               kgresh@mpadlaw.com;djamison@mpadlaw.com;lwood@mpadlaw.com;cgetz@mpadlaw.com
              Linda T. Snyder     on behalf of Creditor    TD Bank, N.A. lsnyder@meyner.com
              R. A. Lebron     on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bankruptcy@feinsuch.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```